IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| WACHOB LEASING CO., INC. AND<br>WACHOB IRREVOCABLE TRUST | PLAINTIFFS |
| VERSUS | CIVIL ACTION NO: 1:15cv237HSO-RHW<br>CONSOLIDATED |
| GULFPORT AVIATION PARTNERS, LLC<br>d/b/a MILLION AIR GULFPORT-BILOXI and<br>UNITED STATES OF AMERICA | DEFENDANTS |

## SATISFACTION OF JUDGMENT

**WHEREAS,** an amended final judgment was entered in the above action on May 5, 2017, in favor of PLAINTIFF WACHOB LEASING CO., INC., and against DEFENDANT UNITED STATES OF AMERICA in the amount of $4,758,303.31. The judgment has been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

**THEREFORE**, full and complete satisfaction of this judgment is acknowledged, and the Clerk of the Court is authorized and directed to make an entry of the full and complete satisfaction on the docket of the judgment as against DEFENDANT UNITED STATES OF AMERICA.

RESPECTFULLY SUBMITTED, this 30th day of October, 2018.

GIEGER, LABORDE & LAPEROUSE, LLC

BY: */s/ Kenneth H. Laborde*
    ATTORNEY FOR PLAINTIFF

Kenneth H. Laborde (PHV)
John E. W. Baay, II (MS Bar No. 101675)
GIEGER, LABORDE & LAPEROUSE, LLC
701 Poydras Street, Suite 4800
New Orleans, LA  70139
Telephone:  (504) 561-0400
Facsimile:  (504) 561-0400
Email: klaborde@glllaw.com
jbaay@glllaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record via the Court's electronic case filing system on October 30, 2018.

*/s/ Kenneth H. Laborde*
KENNETH H. LABORDE